## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSUMER HEALTH INFORMATION CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) No. 1:13-cv-01061-TWP-DML |
| vs. | )<br>) |
| AMYLIN PHARMACEUTICALS, INC.,<br>AMYLIN PHARMACEUTICALS, L.L.C.,<br>ELI LILLY & CO., | )<br>)<br>)<br>) |
| Defendants. | ) |

### **JUDGMENT**

Having this day granted Defendants Amylin Pharmaceuticals, Inc., Amylin Pharmaceuticals, L.L.C., and Eli Lilly & Co.'s Motion to Dismiss, the Court enters final judgment against Plaintiff Consumer Health Information Corporation. Plaintiff shall take nothing by its complaint against Defendants, and this action is **DISMISSED with prejudice**.

SO ORDERED.

Dated: 9/18/2014

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Erica C. Lai
COVINGTON & BURLING, LLP
elai@cov.com

Jason C. Raofield
COVINGTON & BURLING, LLP
jraofield@cov.com

John W. Nields, Jr.
COVINGTON & BURLING, LLP
jnields@cov.com

Michelle Kaiser Bray
FAEGRE BAKER DANIELS LLP - Indianapolis
michelle.bray@faegrebd.com

Ryan Michael Hurley
FAEGRE BAKER DANIELS LLP - Indianapolis
ryan.hurley@FaegreBD.com

James  Dimos
FROST BROWN TODD LLC
jdimos@fbtlaw.com

Robert Pitard Wynne
HARDIN & ASSOCIATES, LLP
bwynne@rustyhardin.com

Ryan Kees Higgins
RUSTY HARDIN & ASSOCIATES, LLP
rhiggins@rustyhardin.com

Russell  Hardin, Jr.
RUSTY HARDIN & ASSOCIATES, LLP
rhardin@rustyhardin.com