IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSUMER HEALTH INFORMATION CORPORATION, § § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL NO. 1:13-CV-01061-TWP-DML |
| § | |
| AMYLIN PHARMACEUTICALS, INC., § | |
| AMYLIN PHARMACEUTICALS, L.L.C, § | |
| and ELI LILLY & CO., § | |
| Defendants. § | |

## **NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3 and 4, Plaintiff Consumer Health Information Corporation ("CHIC") submits this Notice of Appeal. CHIC appeals the District Court's Judgment (D.E. 55) and Entry on Motion to Dismiss (D.E. 54), each dated September 18, 2014. CHIC appeals these decisions to the United States Court of Appeals for the Seventh Circuit.

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, LLP

By: */s/ Bob Wynne*
 _____
 Rusty Hardin
 Texas State Bar Number 08972800
 Ryan Higgins
 Texas State Bar Number 24007362
 Bob Wynne **(Attorney of Record)**
 Texas State Bar Number 24060861
 1401 McKinney Street, Suite 2250
 Houston, Texas 77010-4035
 Telephone:  (713) 652-9000
 Facsimile:  (713) 652-9800

 James Dimos
 FROST BROWN TODD, L.L.C.
 201 North Illinois Street, Suite 1900
 Indianapolis, Indiana 46204-4236
 Telephone: (317) 237-3848
 Facsimile: (317) 237-3900

**ATTORNEYS FOR PLAINTIFF,
CONSUMER HEALTH INFORMATION
CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 9, 2014, a true and correct copy of the foregoing Notice of Appeal was served on all counsel of record in accordance with the Federal Rules of Civil Procedure by uploading a copy onto the Court's CM/ECF system.

By: */s/ Bob Wynne*
 _____
 Bob Wynne